**Jose E. HERNANDEZ, Plaintiff–Appellant,**

v.

**INDYMAC BANK; et al., Defendants–Appellees.**

**No. 12–17669.**

United States Court of Appeals, Ninth Circuit.

Submitted July 8, 2013.*

Filed July 9, 2013.

Jose E. Hernandez, Las Vegas, NV, pro se.

Christine Parvan, Ariel Edward Stern, Esquire, Akerman Senterfitt LLP, Christopher M. Hunter, Kristin Schuler–Hintz, McCarthy & Holthus, LLP, for Defendants–Appellees.

Before: KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

MEMORANDUM **

Plaintiff Jose Hernandez appeals pro se the district court's denial of his request for preliminary injunctive relief against defendants. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Resources De-*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*fense Council,* 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l.,* 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.